IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VANESSA VALEASE GORDON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA and )<br>JIM TYNAN, agent of the United )<br>States of America, in his )<br>individual capacity, )<br>)<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:15cv758-MHT<br>(WO) |

OPINION

    This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion to dismiss the <u>Bivens</u> counts from her complaint pursuant to Federal Rule of Civil Procedure 41(a)(2) should be granted, and that counts II through V of the complaint, as well as defendant Jim Tynan and the "fictitious defendants," should be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review

of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of May, 2016.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE