IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VANESSA VALEASE GORDON,        )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:15cv758-MHT
                               )            (WO)
UNITED STATES OF AMERICA       )
and JIM TYNAN, agent of        )
the United States of           )
America, in his individual     )
capacity,                      )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 24) is adopted.

(2) The plaintiff's motion to dismiss *Bivens* counts (doc. no. 16) is granted.

(3) Counts II, III, IV, and V of the complaint are dismissed without prejudice.

(4) Defendant Jim Tynan and the "fictitious defendants" are dismissed without prejudice and terminated as parties to this case.

(5) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the magistrate judge for further proceedings.

DONE, this the 3rd day of May, 2016.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**