IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VANESSA VALEASE GORDON,       )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:15cv758-MHT
                              )          (WO)
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
```

OPINION

Plaintiff filed this lawsuit asserting a claim of malicious prosecution, stemming from her arrest, indictment, and eventual acquittal on charges of conspiracy to commit bank and wire fraud and aggravated identity theft.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment, etc., should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 4th of November, 2016.

                                       /s/ Myron H. Thompson  
                                 **UNITED STATES DISTRICT JUDGE**