IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VANESSA VALEASE GORDON,     )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )     2:15cv758-MHT
                            )         (WO)
UNITED STATES OF AMERICA,   )
                            )
    Defendant.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 29) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(3) Defendant's motion for summary judgment, etc. (doc. no. 11), with respect to plaintiff's claim in count I, against defendant United States of America, is granted.

(4) Judgment is entered in favor of defendant and

**against plaintiff, with plaintiff taking nothing by her complaint.**

**It is further ORDERED that no costs are taxed.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 4th day of November, 2016.**

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**